IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SEAN V. JEFFRIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 7542 |
| | ) | |
| CHICAGO DEPARTMENT OF WATER MANAGEMENT, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Sean Jeffries ("Jeffries") has used the form of Complaint of Employment Discrimination ("Complaint") provided by the Clerk's Office to sue his ex-employer designated as "Chicago Department of Water Management" ("Department") on several grounds. Jeffries has relatedly accompanied his Complaint with two other Clerk's-Office-supplied forms: an In Forma Pauperis Application ("Application") and a Motion for Attorney Representation ("Motion"). While this memorandum order confirms the authorization of Jeffries to move forward with his claims, some brief explanation is called for to accompany the customary scheduling order.

First, it is doubtful that the Department was technically Jeffries' employer, though that is a subject his designated counsel will be expected to look into. In the meantime, though, no modification of Jeffries' pleading will be required at this time.

Second, the Application adequately confirms Jeffries' inability to pay the filing fee, let alone the cost of a lawyer's services. And in that latter respect, Jeffries has more than satisfied our Court of Appeals' requirement that a pro se plaintiff must demonstrate his or her having sought to obtain legal representation on his or her own before turning to the court for assistance.

Finally, as indicated earlier, this Court is contemporaneously issuing an initial scheduling order. Both Jeffries' designated counsel and the defense counsel assigned to the case should review this Court's website in that respect, for its prescription is less demanding than is called for by Fed. R. Civ. P. 16 and is in common use in this District.

   _____
   Milton I. Shadur
   Senior United States District Judge

Date:  September 1, 2015